# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   BRYAN N. RHOADES & KELLY M. RHOADES                    Case Number: 07-70640
         295 HIGHLINE STREET, APT. #1A          SSN-xxx-xx-3726 & xxx-xx-2227
         BELVIDERE, IL  61008

Case filed on:          3/20/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,472.93          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRYAN N. RHOADES | 0.00 | 0.00 | 909.94 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 909.94 | 0.00 |
| 002 | BANK OF AMERICA NA | 20,640.55 | 20,566.00 | 1,318.55 | 1,021.51 |
| 015 | COACHLITE APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 20,640.55 | 20,566.00 | 1,318.55 | 1,021.51 |
| 001 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BANK OF AMERICA NA | 0.00 | 7.45 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 3,591.52 | 359.15 | 62.96 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 19,856.58 | 1,985.66 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,016.29 | 101.63 | 0.00 | 0.00 |
| 006 | GE CONSUMER FINANCE | 1,846.00 | 184.60 | 0.00 | 0.00 |
| 007 | B-REAL LLC | 743.90 | 74.39 | 0.00 | 0.00 |
| 008 | CITIBANK NA TRUSTEE /THE STUDENT LOAN CO | 29,617.46 | 2,961.75 | 0.00 | 0.00 |
| 009 | DIRECT REWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DISCOVER FINANCIAL SERVICES | 4,638.99 | 463.90 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 12,747.56 | 1,274.76 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 434.95 | 43.49 | 0.00 | 0.00 |
| 013 | US BANK/RETAIL PAYMENT SOLUTIONS | 3,011.17 | 301.12 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 6,365.68 | 636.57 | 0.00 | 0.00 |
| 016 | LYNNE BUTTERFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROSE QUINLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 83,870.10 | 8,394.47 | 62.96 | 0.00 |
|  | Grand Total: | 104,510.65 | 28,960.47 | 2,291.45 | 1,021.51 |

Total Paid Claimant:        $3,312.96
Trustee Allowance:          $159.97              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.75         discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008              By  /s/Heather M. Fagan